**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 00-CR-00209-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**1. JEROME BLACKHORSE,
    Defendant.**

---

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**

---

      **THIS MATTER** came before the Court for a detention and preliminary hearing on May 1, 2006 on a Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Releasee. Present were the following: Wallace Kleindienst, Assistant United States Attorney, Kelly R. McCabe, counsel for the Defendant, and the Defendant. Also present was Michael Fischer, Probation/Pretrial Services Officer. The Court heard testimony, reviewed the Pretrial Services' report and heard the argument of counsel.

      The Petition alleges that on or about September 8, 2005, the Defendant was arrested and charged in the La Plata County District Court, Case No. 2005CR431 with False Imprisonment, Assault, Menacing, Domestic Violence and Criminal Attempt - Murder and pursuant to a plea agreement the Defendant plead guilty and was sentenced on March 31, 2006 to one year in the Colorado Department of Corrections plus one year of parole for his plea to a lesser included offense of Attempted Felony Menancing, a Class 6 Felony.

      The Defendant was arrested on the Petition or about April 20, 2006 and during the hearing on May 1, 2006, the court found that probable cause existed to believe that the Defendant violated the conditions of his release.

      Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release and entire court file. I have also considered the testimony presented at the hearing and the arguments of counsel.

First, at the time of the commission of the offense which he plead to in the La Plata County District Court, the Defendant was on supervised release in this matter after previously being convicted of assault resulting in serious bodily injury.

Secondly, the Court found by a preponderance of the evidence there was probable cause to believe the Defendant committed the alleged violation of supervised release by pleading guilty to Attempted Felony Menacing, a Class 6 Felony in the La Plata County District Court, and a Grade A Violation of Probation/Supervised Release.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

The next appearance of the Defendant will be for a status conference on May 5, 2006 at 1:30 p.m. before the duty Magistrate Judge in Denver, Colorado.

**DATED and ENTERED** this 1st day of May, 2006.

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**

Copies to:  [ ] AUSA   [ ] Defendant/Defense Counsel   [ ] Federal Public Defender
                [ ] United States Marshal   [ ] Pretrial Services/Probation